UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MITCHELL KEITH GOODRUM,

Plaintiff,

v.

STATE OF NEVADA, *et al.,*

Defendants.

Case No. 3:20-cv-00173-MMD-WGC

**ORDER**

**I.    DISCUSSION**

On March 18, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1-1).  Plaintiff neither paid the full $400 filing fee nor filed an application to proceed *in forma pauperis*.

On March 19, 2020, this Court issued an order directing Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within sixty (60) days from the date of that order.  (ECF No. 3).

On April 22, 2020, Plaintiff filed an application to proceed *in forma pauperis*.  (ECF No. 4).  Plaintiff's application is incomplete.  Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  <u>Plaintiff has not submitted a properly executed financial certificate or an inmate account statement for the past six months</u>.  (*See* ECF No. 4).  As such, Plaintiff's *in forma pauperis* application at ECF No. 4 is denied without prejudice.

Plaintiff will be granted <u>one final opportunity</u> to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee for this action.  If Plaintiff chooses to file a new application to proceed *in forma pauperis*, he must file a fully complete application to proceed *in forma pauperis*, including a properly executed financial certificate and inmate account statement for the past six months, no

later than **June 12, 2020**. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, for Plaintiff to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1) but will not file it until the matter of the payment of the filing fee is resolved.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 4) is DENIED without prejudice to file a new fully complete application.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that no later than **June 12, 2020**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with <u>complete financial attachments</u> in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED:  April 28, 2020

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE