UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MITCHELL KEITH GOODRUM,

                Plaintiff,

  v.

NEVADA, STATE OF, et al.,

                Defendants.

3:20-cv-00173-ART-CSD

**ORDER**

Re:  ECF Nos. 111, 114

      Before the court are Plaintiff's Motions requesting that Defendants respond to his "global settlement" offer of $20,000 to settle all five of Plaintiff's cases. (ECF Nos. 111 and 114.) Plaintiff claims that at the Early Mediation Conference on July 29, 2022, Defendants offered him $20,000 to dispose of all of Plaintiff's cases (2:22-cv-00218-APG-NJK, 2:21-cv-02164-APG-BNW, 2:21-cv-02260-APG-VCF, 3:20-cv-00173-ART-CSD and 3:20-cv-00549-MMD-CLB).

      Defendants filed an opposition which states that "No such offer of global settlement was ever made by Defendants in this matter, the 210 matter, the 549 matter, or the 2260 matter." (ECF No. 113 at 2.)

      Plaintiff's Motions (ECF Nos. 111 and 114) are **DENIED**.

**IT IS SO ORDERED.**

DATED:  August 24, 2022.

                                                       _____
                                                       UNITED STATES MAGISTRATE JUDGE