1  AARON D. FORD
   Attorney General
2  WILLIAM P. SHOGREN, Bar No. 14619
   Deputy Attorney General
3  State of Nevada
4  100 N. Carson Street
   Carson City, NV  89701-4717
   Tel:  (775) 684-1257
5  E-mail:  wshogren@ag.nv.gov

6  *Attorneys for Defendant*
*Isidro Baca*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL KEITH GOODRUM,<br><br>            Plaintiff,<br><br>vs.<br><br>NEVADA, STATE OF, et al.,<br><br>            Defendants. | Case No.  3:20-cv-00173-ART-CSD<br><br>**STIPULATION AND ORDER TO STAY CASE FOR 90 DAYS** |

     IT IS HEREBY STIPULATED by and between Defendant, Isidro Baca, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and William P. Shogren, Deputy Attorney General of the State of Nevada, Office of the Attorney General, and Plaintiff, Mitchell Keith Goodrum, *pro se*, that the above-captioned action be stayed for 90 days.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  In another of his cases, *Goodrum v. State of Nevada, et al.*, Goodrum and
2 Defendants stipulated to participate in a global settlement conference set to take place
3 on March 16, 2023, to include all of Goodrum's active cases in United States District
4 Court. *See* Case No. 3:20-cv-00549-ART-CLB, ECF No. 77. Plaintiff Goodrum consented
5 to stay all of his cases pending resolution of this hearing, on the record, in the minutes
6 of proceedings held January 27, 2023. *Id*

7  DATED this 30th day of January, 2023.     DATED this 30th day of January, 2023

   AARON D. FORD
   Attorney General

   */s/ Mitchell Keith Goodrum*              By: */s/ William P. Shogren*
   MITCHELL KEITH GOODRUM, #1213846       WILLIAM P. SHOGREN Bar No.14619
   Plaintiff, *Pro Se*                        Deputy Attorney General
                                              *Attorneys for Defendants*

**IT IS SO ORDERED**.

This matter is stayed for 90 days.

DATED __February 1_____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2